UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| P.C.F. PROPERTIES IN TX LLC, | § § | CIVIL ACTION NO 4:25-cv-01461 |
| Petitioner, | § § § | |
| vs | § § § § | JUDGE CHARLES ESKRIDGE |
| JIREH PITTS, *et al*, Defendants. | § § | |

### NOTICE OF TRANSFER

1. This case has been TRANSFERRED to Judge George Hanks for the following reason:

    [ X ] Agreement between the judges.
    [   ] Bankruptcy-related case reassigned to the judge with the lowest-numbered case.
    [   ] Recusal.
    [   ] Transfer for revocation hearing with related case.
    [ X ] Other: Related case.

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

Nathan Ochsner, Clerk

By: *Jennelle Gonzalez*
Jennelle Gonzalez
Case Manager to Judge Charles Eskridge

Date: April 30, 2025